Michael J. Ryan, Esq. (SBN 162603)
mryan@stearnsandryan.com
STEARNS & RYAN
11777 San Vicente Blvd, Suite 555
Los Angeles, CA 90049
Phone:(310) 424-1424

Attorney for Plaintiff, S.W., a minor, by and through her Guardian ad Litem, JESSICA WEILER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| S.W., a minor, by and through her Guardian ad Litem, JESSICA WEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT and DOES 1 through 20,<br><br>Defendant. | CASE NO. 8:23-cv-01266-ODW-DFM<br><br>*Assigned for All Purposes to:*<br>*Hon. Judge Michelle Williams Court – Courtroom 6A*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CLAIM AND STIPULATION FOR ORDER TO VACATE TRIAL AND CONFERENCE DATES**<br><br>*Complaint filed: May 9, 2023*<br><br>*Trial January 21, 2025*<br><br>*Pre-Trial Conference January 13, 2025* |

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon completion of the settlement agreement, submission of the Petition for Approval of Minor's Compromise and approval by the Honorable Judge Michelle Williams Court. The parties anticipate the Petition will be submitted to the Court within 45 days from the date of submitting this Notice.

1

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, that in light of the settlement agreement being entered into by the parties, and the need to bring the Petition to Approve the Compromise of Minor's claim, the parties request that the Court vacate the January 13, 2025 Pre-Trial Conference and January 21, 2025 trial, scheduling a hearing on Status of Petition for Approval of Minor's Compromise for a date at least 60 days from the date of this Notice.

**IT IS SO STIPULATED.**

DATED: November 27, 20024          **STEARNS & RYAN**

By: /s/ Michael J. Ryan
**MICHAEL J. RYAN**
Attorneys for Plaintiff, S.W., a minor, by and through her Guardian ad Litem, JESSICA WEILER

DATED: November 27, 2024          **HYLTON & ASSOCIATES**
A Professional Corporation

By: 
**COURTNEY L. HYLTON**
**ANNA S. HUFFMAN**
Attorneys for Defendant, CAPISTRANO UNIFIED SCHOOL DISTRICT