UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| S.W., a minor, by and through her Guardian ad Litem, JESSICA WEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT and DOES 1 through 20,<br><br>Defendant. | CASE NO. 8:23-cv-01266-ODW-DFM<br><br>*Assigned for All Purposes to:*<br>*Hon. Judge Michelle Williams Court – Courtroom 6A*<br><br>*Complaint filed: May 9, 2023*<br><br>**ORDER RE: ORDER TO SHOW CAUSE HEARING RE SETTLEMENT** |

**IT IS HEREBY ORDERED**, following stipulation of the parties, the February 14, 2025, hearing for Order to Show Cause re Settlement is taken off calendar.

Dated: February 7, 2025

_____
HON. MICHELLE WILLIAMS COURT
U.S. DISTRICT COURT JUDGE